United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOWAUN JONES,<br><br>Defendant. | Case No. 25-cr-00402-JST-5<br><br>**ORDER CONTINUING HEARING ON MOTION TO REVOKE DETENTION ORDER**<br><br>Re: ECF No. 150 |

The hearing on Defendant Jowaun Jones's motion to revoke detention order, ECF No. 150, is continued from April 24, 2026 to May 1, 2026 at 9:30 a.m.  The opposition and reply deadlines remain as set forth in Criminal Local Rule 47-2(d).

**IT IS SO ORDERED.**

Dated:  April 14, 2026



JON S. TIGAR
United States District Judge