UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | |
|---|---|---|
| Judge: | Jon S. Tigar | Time in Court:   11 minutes |
| Date: | April 17, 2026 | |
| Case No.: | **4:25-cr-00402-JST** | |

**United States of America**　　　v.　　**Allen Brown**

Defendant (1) – Present in custody
With Counsel: Shaffy Moeel

**Sebron Russell**

Defendant (2) – Not Present. Refused US
Marshal transportation. In custody
With Counsel: Michael Levine

**Marquise Cooper**

Defendant (3) – Present
With Counsel: Joyce Leavitt

**Janiero Booth**
Defendant (4) – Present in custody
With Counsel: Steven Kalar

**Jowaun Jones**
Defendant (5) – Present in custody
With Counsel: Gail Shifman

**Shawn Mcgee**
Defendant (6) – Present in custody
With Counsel: Richard Tamor

**Salvador Munguia**
Defendant (7) – Present
With Counsel: Matthew Dirkes

**Jasmine Kumar**
Defendant (8) – Present
With Counsel: Kathryn Ross

**<u>Felicia Sanders</u>**
Defendant (9) – Present
With Counsel: Karen McConville

Kelly Volkar
Alethea Sargent
U.S. Attorney

Court Reporter: Marla Knox
Courtroom Deputy Clerk: Nicole Hall                    via zoom

*PROCEEDINGS*

Status Conference – held.

*RESULT OF HEARING*

1.  AUSA Volkar informed the Court of the Grand Jury returned a Superseding Indictment, adding Count 6.
2.  AUSA informed the Court all the initial discovery has been produced and request the matter to be set for a Trial Setting Hearing. Defense counsel informs the Court, some discovery has not yet been produced. Discovery is ongoing.
3.  The parties are ordered to meet and confer and prepare a joint status report due by May 29, 2026, addressing the following: the status of production of all discovery; any potential issues that may be resolved through pretrial motions relating to discovery disputes; a proposal deadline for the filing of pretrial motions not related to discovery; proposed trial dates; and any other issues the parties wish to bring to the Court's attention.
4.  Further Status Conference set for 05/5/2026 at 9:30 AM in Courtroom 6, 2nd Floor, in Oakland.
5.  Time is excluded from April 17, 2026, through June 5, 2026 for effective preparation of counsel.  The Government shall prepare a proposed order.